AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Danny Guadalupe Arce Savedra**<br>**DOB: 1992**<br><br>*Defendant(s)* | Case No. M-18-0333-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __02/15/2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | possession of a firearm or ammunition, which has affected interstate commerce, by an individual having been convicted of a felony |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

*Complainant's signature*

Joshua Wedesky - ATF Special Agent
*Printed name and title*

Approved Joseph Leonard
Sworn to before me and signed in my presence.

Date: 2-16-18

*Judge's signature*

City and state: __McAllen, Texas__    U.S. Magistrate J. Scott Hacker
*Printed name and title*

## ATTACHMENT A

I, Special Agent Joshua Wedesky, affiant, do hereby depose and state the following:

I am a Special Agent of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been a law enforcement officer since March 2015.

My duties include the investigation of violations of Federal firearms laws. I know it to be unlawful for any person who has been convicted of a crime punishable by more than one year in prison to possess a firearm.

1. On Thursday, February 15, 2018, the Alamo Police Department conducted a traffic stop on a silver Ford Fusion (License Plate #KBP4070) for failure to stop at a stop sign. The violation occurred in the city of Alamo, Texas. During the traffic stop, the driver, who was identified as Danny Guadalupe Arce SAVEDRA, was found to have an active warrant for his arrest from the Hidalgo County Sheriff's Department for Aggravated Assault with a Deadly Weapon. SAVEDRA was placed under arrest due to the active warrant. While being placed under arrest, SAVEDRA was found to be wearing an empty firearm holster on his right hip area.

2. The vehicle was inventoried to be impounded by the Alamo Police Department. During the inventory search of the vehicle, a loaded Smith and Wesson, Model: 908S, 9mm caliber handgun with serial number: VJH9793 was located in the purse belonging to passenger, Janelle Bautista.

3. In a post Miranda interview, SAVEDRA admitted to purchasing the firearm from another individual approximately four-to-five months ago. During the interview, SAVEDRA admitted that he carries the aforementioned firearm on his person.

AO 91 (Rev. 2/09) Criminal Complaint

## ATTACHMENT A

4. A criminal history query revealed that SAVEDRA has the following felony conviction:

- February 22, 2016, convicted of Aggravated Assault with a Deadly Weapon and Deadly Conduct Discharge of a Firearm.

5. An ATF Interstate Nexus Expert was contacted for an Interstate Nexus determination on the Smith and Wesson, Model: 908S, 9mm caliber handgun with serial number: VJH9793 that was located in the vehicle. The ATF Interstate Nexus Expert determined that the firearm was found to be manufactured outside of the state of Texas and affects interstate or foreign commerce. The firearm is involved in a violation of 18 USC § 922(g)(1).

_____
Joshua Wedesky - ATF Special Agent

Sworn to before me and subscribed in my presence,

_____                    2-16-18
U.S. Magistrate J. Scott Hacker                    February 16, 2018